FILED
IN CLERK'S OFFICE
U S. DISTRICT COURT E D N.Y.

★ SEP 27 2013 ★

LONG ISLAND OFFICE

RECEIVED

SEP 3 0 2013

EDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- X

BWP Media USA Inc d/b Pacific Coast News        ANSWER

           Plaintiff,

                               Case No.  CV-13-4448

     -against-

                               Judge   :   FEUERSTEIN, J

Continental Connections Co.Inc

           Defendant
--------------------------------------------------X

## ADMISSIONS AND DENIALS

(1) In the section  tagged " Introduction" on paragraph No. 3, the allegation by plaintiff that Continental Connections Co.Inc owns and operates a website known as www.thisbangladesh.com is not true as the plaintiff  Continental Connections Co.Inc does not own and operate www.thisbangladesh.com.

(2) In the section  tagged " Introduction" on paragraph No. 5, the plaintiff alleges that Continental Connections Co.Inc copied, modified, and displayed BWP's photograph on Continental Connections Co.Inc's website ; this is not true as Continental Connections Co.Inc does not own and operate www.thisbangladesh.com

(3) In the section  tagged " Introduction" on paragraph No. 6,the plaintiff alleges that Continental Connections Co.Inc engaged in this misconduct knowingly and in violation of United States copyright laws does not hold as www.thisbangladesh.com does not belong to Continental Connnections Co.Inc.

(4) In the section  tagged " Introduction" on paragraph No. 7, the plaintiff alleges Continental Connections has substantially harmed BWP does not hold as Continental Connections Co.Inc does not own and operate www.thisbangladesh.com.

(5) In the section  tagged " Parties" on paragraph No.12, the allegation by plaintiff that Continental Connections Co.Inc is a corporation with a principal place of business in Kings County, New York is true but Continental Connections Co.Inc is not liable and responsible to the Plaintiff based on the fact that Continental Connections Co.Inc does not own and operate www.thisbangladesh.com

(6) In the section  tagged " Continental Connections Co., inc's website" on paragraph No. 20, the allegation by the Plaintiff that on information and belief,

that Continental Connections Co.Inc is the registered owner of the website located at www.thisbangladesh.com(the website) and operates the websites is not true as Continental Connections Co.Inc does not own and operate www.thisbangladesh.com and it is therefore not responsible in anyway whatsoever the content thereon;

(7) In the section tagged " Continental Connections Co., inc's website on paragraph no 22, the allegation by the Plaintiff that Continental Connections Co.Inc profits from paid advertisement on www.thisbangladesh.com is not true as Continental Connections Co.Inc does not own and operate www.thisbangladesh.com;

(8) In the section tagged " Continental Connections Co., inc's misconduct on paragraph no 23", the allegation by the plaintiff that without permission or authorization from BWP that Continental Connections Co.Inc copied, modified, and / displayed the Photographs on the website at www.thisbangladesh.com cannot be true as Continental Connections Co.Inc does not own and operate www.thisbangladesh.com ;

(9) In the section tagged " Continental Connections Co., inc's misconduct on paragraphs Nos. 24, 25,26,27,and 28 does not have any significant base Continental Connections Co.Inc does not publish www.thisbangladesh.com and cannot possibly have received any financial benefits whatsoever from www.thisbangladesh.com.

(10) In the section tagged " Continental Connections Co., inc's misconduct in paragraph No. 33, the allegation by Plaintiff that on information and belief, without permission or authorization from BWP and in wllful violation of BWP's rights under 17 U.S.C 106, is not true as Continental Connections. Co.Inc does not operate and own www.thisbangladesh.com

(11) In the section tagged " Continental Connections Co., inc's misconduct in paragraph No. 34, the allegation by the plaintiff that Continental Connections Co.Inc's reproduction of the photograph and display of the photograph on www.thisbangladesh.com is not worthy of any consideration as Continental Connections Co.In does not own and operate www.thisbangladesh.com

(12) In the section tagged " Continental Connections Co., inc's misconduct in paragraph No. 35, the allegation by the plaintiff that On Information and belief, thousands and people have viewed the unlawful copies of the photographs on the website does not deserve any consideration as Continental Connections Co.Inc does not own and operate www.thisbangladesh.com

(13) In the section tagged " Continental Connections Co., inc's misconduct in paragraph No. 36, the allegation by the plaintiff that on information and belief, Continental Connections Co.Inc had the knowledge of the copyright infringement and had the ability to stop the reproduction and display of BWP's copyright material does not hold water as Continental Connections Co.Inc does not own and operate www.thisbangladesh.com

(14) In the section tagged " Continental Connections Co., inc's misconduct in paragraph No. 37, the allegation by the plaintiff that Continetal Connections Co.Inc's copyright infringement has damaged BWP in an amount to be proven at trial does not deserve any serious consideration as Continental Connections Co.Inc does not own and operate www.thisbangladesh.com

## PRAYER FOR RELIEF

Continental Connections hereby requests that the entire case be thrown out as Continental Connections Co.Inc does not own and operate www.thisbangladesh.com and cannot have possibly derive any kind of financial benefits whatsoever from an entity that it does not own ; BWP should do necessary research to know the owner of www.thisbangladesh.com

## II
## DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary.*

FIRST DEFENSE: Continental Connections Co. Inc

SECOND DEFENSE:

THIRD DEFENSE:

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

*[If you have any counterclaim against the plaintiff that arises out of the same events or transactions stated in the complaint, and/or any crossclaims against the other defendants that arise out of the same events or transactions stated in this complaint, and/or any third-party claims you have against third-parties (that is, someone not already named in the lawsuit) that arise out of the same events or transactions stated in the complaint, you should attach additional sheets of paper to set forth the facts and bases for any such claims. See the Pro Se Manual for a further explanation.]*

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED: 9-20-13

SIGNATURE: AoRascq

PRINTED NAME: Rasaq R.

PRESENT ADDRESS: 333 Lafayette Ave #6B
Bklyn, NY 11238

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
—————————————————————X

BWP Media U.S.A Inc d/b Pacific Coast News

Plaintiff,

-against-

Continental Connections Co. Inc

Defendant.
—————————————————————X

Affirmation of Service

___CV___ (13) 4448

I, **Rasaq Rasaq**, declare under penalty of perjury that I have served a copy of the attached **Admissions and Denials** upon **Sanders Law PLLC** whose address is: **100 Garden City Plaza, Suite 500 Garden City, NY 11530**

Dated: 9-24-13
, New York

_____
Signature

333 Lafayette Ave #6B
Address

Bklyn, NY 11238
City, State, Zip Code

Continental Connections Co. Inc
323 Lafayette Ave #6B
Bklyn NY 11238

**RECEIVED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 27 2013 ★

LONG ISLAND OFFICE

7011 2970 0001 9676 1081

CERTIFIED MAIL

ATTN: Cathy Vukovich
Pro Se Writ Clerk
United State District Court East District NY
Office of the
100 Federal Plaza
Central Islip, New York 11722

U.S. POSTAGE PAID
BROOKLYN, NY
11238
SEP 24 13
AMOUNT
$6.31
00077-402-07