# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   DEC 05 2013   ★

LONG ISLAND OFFICE

**DATE:** December 5, 2013   **TIME:** 30 MINUTES

**CASE NUMBER:**   2:13-cv-04448-SJF-GRB

**CASE TITLE:**   BWP Media USA Inc. v. Continental Connections Co., Inc.

**PLTFFS ATTY:**   Melissa Parillo
   X  present      ___ not present

**DEFTS ATTY:**   No appearance
   X  present      ___ not present

**COURT REPORTER:** Maryanne Steiger

**COURTROOM DEPUTY:** Jasmine Major

X   CASE CALLED.

_   HEARING HELD/ CONT'D TO_____.

_   ORDER ENTERED ON THE RECORD.

**OTHER:**   A further status conference is scheduled before Judge Feuerstein on Janaury 9, 2014 at 11:00 am.